UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES POSTAL SERVICE,<br><br>        Plaintiff,<br><br>   v.<br><br>JOSEPH GRIFFIN,<br><br>        Defendant. | Case No. 25-cv-08849-RFL<br><br>**PROTECTIVE ORDER AND ORDER ENTERING INJUNCTION** |

      The Court previously entered a temporary restraining order and ordered Defendant Joseph Griffin to show cause why the Court should not enter an injunction as provided by Cal. Civ. Code § 527.8(k).  (*See* Dkt. No. 6; *see also* Dkt. No. 11 (modifying deadlines).)  Plaintiff appeared for a hearing on the order to show cause on November 5, 2025, at 1:30 p.m.  Defendant did not appear at the hearing and did not file a response to the order to show cause.  Based on the evidence provided at the hearing and the record in the case, the Court finds by clear and convincing evidence that Griffin engaged in harassment and made a credible threat of violence, and **ENTERS** the injunction and protective order as follows:

1. Griffin is **ENJOINED** from coming within three hundred yards of:  (1) the premises of the Oakland Processing and Distribution Center located at 1675 7th Street in Oakland, California; and (2) SDO Chander Sharma, MDO Ranjana Bali, SDO Jaspreet Grewal, and SDO Bhutto Gill.

2. Griffin is **ENJOINED** from "own[ing], possess[ing], purchas[ing], receiv[ing], or attempt[ing] to purchase or receive a firearm or ammunition while" this Order remains in effect.  *See* Cal. Civ. Code § 527.8(t)(1).  Within 24 hours of receiving a copy of this Order, Griffin shall surrender his firearms "either by surrendering the firearm to the

control of local law enforcement officials, or by selling the firearm to a licensed gun dealer, as specified in Article 1 (commencing with Section 26700) and Article 2 (commencing with Section 26800) of Chapter 2 of Division 6 of Title 4 of Part 6 of the Penal Code." *Id.* § 527.9(b).  By **November 21, 2025**, Griffin shall file either:  (1) a receipt showing his surrender or sale of firearms; or (2) a certificate in which he confirms that he does not own any firearms.

3. By the close of business on **November 5, 2025**, Plaintiff shall deliver a copy of this Order on the appropriate law enforcement agencies as required by Section 527.8(s)(2) of the California Code of Civil Procedure.  Plaintiff shall file a notice of compliance with this requirement by **November 7, 2025**.

4. By **November 6, 2025**, Plaintiff shall serve a copy of this Order on Griffin via certified mail.  Plaintiff shall file a proof of service by **November 7, 2025**.

5. This Order expires on **November 5, 2028**.

   **IT IS SO ORDERED.**

Dated: November 5, 2025, at 2:06 p.m.

RITA F. LIN
United States District Judge